**Opinion filed November 17, 2016**



### In The

# Eleventh Court of Appeals

_____

## No. 11-16-00303-CR

_____

## GARY LEE REED, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 11360-D**

## M E M O R A N D U M   O P I N I O N

Gary Lee Reed has filed a pro se notice of appeal in this cause. We dismiss the appeal.

In April 2015, the trial court convicted Reed of the offense of assault family violence with one prior and, in accordance with the terms of the plea agreement, assessed his punishment at confinement for five years. Reed has recently filed a notice of appeal in which he seeks to appeal an August 2016 judgment in this cause. The documents on file in this cause indicate that Reed's appeal relates to his

application for writ of habeas corpus, which was filed pursuant to Article 11.07 of the Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015). We note that the Court of Criminal Appeals denied Reed's application on August 24, 2016, without a written order. The substance of the relief sought by Reed in this appeal is postconviction relief from a final felony conviction—relief for which the habeas corpus procedure set out in Article 11.07 of the Code of Criminal Procedure provides the exclusive remedy. *See id.* Article 11.07 vests complete jurisdiction for such relief in the Texas Court of Criminal Appeals. *Id.* art. 11.07, §§ 3, 5; *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 484 (Tex. Crim. App. 1995); *Hoang v. State*, 872 S.W.2d 694, 697 (Tex. Crim. App. 1993); *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991). We have no jurisdiction to entertain this appeal.

Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

November 17, 2016

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.